**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARK ALAN SCHUSTER,**
          **Plaintiff,**

**-vs-**                                              Case No.  **6:07-cv-743-Orl-31UAM**
                                                                       **6:05-cr-154-Orl-31UAM**

**UNITED STATES OF AMERICA,**
          **Defendant.**
_____

**ORDER**

Upon consideration of Petitioner's Motion (Doc. 1), and the government having no objection thereto, it is

**ORDERED** that said Motion is GRANTED.  The Judgment of Sentence in 6:05-cr-154-Orl-31UAM is VACATED, and the Court will conduct a new sentencing hearing at **1:00 PM on June 11, 2007**.   Petitioner shall be released pending determination of his new sentence upon terms and conditions prescribed by the Magistrate Judge.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 29, 2007.

                                                                    GREGORY A. PRESNELL
Copies furnished to:                                      UNITED STATES DISTRICT JUDGE

Counsel of Record
Unrepresented Party